IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>ALL THAT TRACT OR PARCEL OF LAND,<br>LYING AND BEING IN LAND LOT 143<br>OF THE 4TH LAND DISTRICT OF<br>MARION COUNTY, GEORIGA,<br>CONTAINING 0.229 ACRES, MORE OR<br>LESS, AND ANY APPURTENANCES AND<br>IMPROVEMENTS THEREON,<br>　　　　Defendant Property,<br><br>MATTIE WALKER,<br>　　　　Claimant. | CASE NO.: 4:99-CV-19 (CDL) |

## ORDER

The Motion for the Issuance of a Final Order of Forfeiture and Order to Direct the United States Marshals Service to Issue a Quit Claim Deed to Claimant Mattie Walker filed by Plaintiff, United States of America, having been carefully read and considered, and for good cause shown;

IT IS HEREBY ORDERED, that any right, title, or interest of any potential claimants, including Johnny Walker, in the Defendant Property is forfeited to the United States; and

IT IS HEREBY ORDERED, that the United States Marshals Service shall issue a Quit Claim Deed to Claimant Mattie Walker, transferring and relinquishing all right, title, and interest of the United States in the following real property:

**REAL PROPERTY**

All that tract or parcel of land lying and being in Land Lot 143 of the 4th Land District of Marion County, Georgia and more particularly described as follows:

> To arrive at the POINT OF BEGINNING start at a point where the Southern right of way margin of a dirt road leading easterly and westerly intersects with the East property (sic) line of Lot 11 of Black (sic) A of Langston Heights Subdivision, said plat of Langston Heights Subdivision is recorded in Plat Book A, Page (sic) 49, Marion County, Georgia Records; thence easterly along the Southern right of way margin of said dirt road a distance of 100 feet to a point; thence southerly a distance of 100 feet to a point; thence westerly a distance of 100 feet to a point; thence northerly a distance of 100 feet to the POINT OF BEGINNING containing 0.229 acres more or less;

SO ORDERED, this 18th day of December, 2018.

S/Clay D. Land
_____
CLAY D. LAND, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

s/ JIM CRANE
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 193275